### Denver & R. G. R. Co. v. Wilford et al.

Appeal — Failure to File Briefs.— An appeal will be dismissed for want of prosecution where briefs are tendered to the clerk for filing two years after the time fixed by stipulation has expired, and it does not appear that appellees were served with notice of such tender, or that application was made to the court for leave to file the same.

*Appeal from District Court of Arapahoe County.*

Mr. E. O. Wolcott, for appellant.

Per Curiam. The transcript on appeal in this cause was filed April 6, 1886; the abstract, three weeks thereafter. By stipulation, the time for filing appellant's brief was extended to July 1st succeeding. No briefs have ever been filed; but on June 25, 1888, two years after the time fixed therefor by the stipulation had expired, briefs were tendered to the clerk for filing. In the meantime,

one of counsel for appellees in the court below and in this court had died, and the sole remaining counsel had become district judge. Nothing appears upon the record to show that appellees were served with notice of the tendering of the briefs, or of a motion for leave to file the same; nor was any such motion ever presented to the court. Under these circumstances it would be manifestly unjust for us to consider the briefs tendered by appellant, and we shall treat the case as though the tender had not been made. The appeal is dismissed for want of prosecution.

*Appeal dismissed.*